DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA THOMAS SULLINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1960

[December 22, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502017CF010428AXXXMB.

Benjamin W. Buck, Jr. of Benjamin Buck Law, P.A., Tampa, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*